PATRICIA DENISE BOUIE
DIMETRIUS RESHARD BOUIE
204 JERVIS MIMS RD
HATTIESBURG, MS 39401

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITALONE
CAPITAL ONE, ATTN: BANKRUPT
PO BOX 30285
SALT LAKE CITY, UT 84130

CLIENT SERVICES INC
P.O. BOX 1503
SAINT PETERS, MO 63376-002

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

DILLARDS/CBNA
P.O. BOX 6500
SIOUX FALLS, SD 57117

FST PREMIER
ATTN: BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

GM FINANCIAL
ATTN: BANKRUPTCY
801 CHERRY ST STE 3500
FORT WORTH, TX 76102

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MIDLAND MORTGAGE CO
PO BOX 26648
OKLAHOMA CITY, OK 73216

MONARCH RECOVERY
3260 TILLMAN DR
STE 75
BENSALEM, PA 19020

RAUSCH STURM LLP
P.O. BOX 312277
ENTERPRISE, AL 36331

RENT RECOVERY
ATTN: BANKRUPTCY
1945 THE EXCHANGE SE
STE 120
ATLANTA, GA 30339

SYNCHRONY BANK
P.O. BOX 965064
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

U.S. DEPARTMENT OF ED
ATTN: BANKRUPTCY
400 MARYLAND AVE SW
WASHINGTON, DC 20202

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

US DEPT OF EDUCATION
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201

WELLS FARGO
ATTN: BANKRUPTCY
PO BOX 10438
DES MOINES, IA 50306