**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**(GULFPORT-6 DIVISIONAL OFFICE)**

| | |
|---|---|
| **IN RE:**<br><br>**PATRICIA DENISE BOUIE *fka* Patricia Denise Cooper AND DIMETRIUS RESHARD BOUIE *fka* Dimetrius Reshard Cooper;**<br><br>**Debtors.** | **CHAPTER 13**<br>**CASE NO. 26-51571** |

**NOTICE OF APPEARANCE**

Comes now the undersigned, and Notices her appearance as attorney of record for MidFirst Bank in the above referenced matter.

/s/ Kim Putnam
Kimberly D. Putnam, MS Bar No. 102418
1107 Highland Colony Pkwy, Suite 207
Ridgeland, MS 39157
kimberlyp@hwmlawfirm.com
801-355-2886

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on October 2, 2026, to wit:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

Dimetrius Reshard Bouie *fka* Dimetrius Reshard Cooper
204 Jervis Mims Rd
Hattiesburg, MS 39401-0000

Patricia Denise Bouie *fka* Patricia Denise Cooper
204 Jervis Mims Rd
Hattiesburg, MS 39401-0000

/s/ Kim Putnam
Kimberly D. Putnam